

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 11-50059-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | INSTRUCTION ORDER |
| vs. | ) | |
| | ) | |
| WENDELL ALBERT YELLOW BULL, | ) | |
| | ) | |
| Defendant. | ) | |

The court refuses plaintiff's and defendant's proposed jury instructions except as to those instructions included in whole or in part in the court's instructions.

Dated October 26, 2011.

BY THE COURT:

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE